

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2018

No. 04-18-00853-CV

**IN RE C.D.M** and C.M.M, Children

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On November 13, 2018, relator filed a petition for writ of mandamus and an emergency motion for expedited consideration and relief in which relator asked this court to stay the underlying proceedings pending resolution of this mandamus.

The motion is GRANTED and all proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

Relator is hereby ORDERED to file the reporter's record from the October 24, 2018 hearing no later than November 27, 2018.

It is so **ORDERED** on November 13, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-13803, styled *In the Interest of C.D.M. and C.M.M., Children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.